# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FRANK IRESON,<br><br>        Plaintiff,<br><br>vs.<br><br>AVI CASINO ENTERPRISES, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-00987-JCM-VCF<br>**ORDER** |

Before the Court is the Discovery Plan and Scheduling Order (ECF No. 17).

IT IS HEREBY ORDERED that a hearing on the Discovery Plan and Scheduling Order (ECF No. 17) is scheduled for 1:30 PM, June 29, 2017, in Courtroom 3D.

DATED this 23rd day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE